**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

In re:                                                                                          Case No. 17-31557-KRH
    ANTONIO SHELTON
    DIANE ELIZABETH SHELTON                              Chapter 7

        Debtor(s)

**REPORT OF DEPOSIT OF UNCLAIMED FUNDS**
_____

Pursuant to Federal Rule of Bankruptcy Procedure 3011 and 11 U.S.C. §347, the trustee herein submits a check payable to "Clerk, United States Bankruptcy Court" representing unclaimed funds / small dividends to be deposited by the Clerk of the Court into the Treasury of the United States. Said funds are subject to withdrawal as provided by 28 U.S.C. 2042 and shall not escheat under any state law. The unclaimed funds represent the dividend(s) due and payable to:

| Creditor's Name and Address | Amount of Dividend |
|---|---|
| Lori Senora Waddell<br>5481 Mayfair Crossing Drive<br>Lithonia, GA 30038 | $ 4,083.09 |

Dated: April 6, 2021                                              /s/ Bruce E. Robinson
                                                                          Bruce E. Robinson, Trustee
                                                                          P. O. Box 538
                                                                          South Hill, VA 23970

**CERTIFICATE OF SERVICE**

      I hereby certify that a true copy of the foregoing Report of Deposit of Unclaimed Funds/Small Dividends was electronically served or mailed to the Office of the United States Trustee at Office of the U.S. Trustee, 701 East Broad Street – Suite 4304, Richmond, VA 23219-1885 on April 6, 2021.

                                                                              /s/Bruce E. Robinson
                                                                                    Trustee