**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

In re:                                    Case No. 17-31557-KRH
ANTONIO SHELTON
DIANE ELIZABETH SHELTON        Chapter 7

     Debtor(s)

**REPORT OF DEPOSIT OF UNCLAIMED FUNDS**
_____

Pursuant to Federal Rule of Bankruptcy Procedure 3011 and 11 U.S.C. §347, the trustee herein submits a check payable to "Clerk, United States Bankruptcy Court" representing unclaimed funds / small dividends to be deposited by the Clerk of the Court into the Treasury of the United States. Said funds are subject to withdrawal as provided by 28 U.S.C. 2042 and shall not escheat under any state law. The unclaimed funds represent the dividend(s) due and payable to:

| Creditor's Name and Address | Amount of Dividend |
|---|---|
| Lori Senora Waddell<br>5481 Mayfair Crossing Drive<br>Lithonia, GA 30038 | $113.87 |
| James Lee Waddell, III<br>904 Maplegrove Drive<br>Richmond, VA 23223 | $113.87 |

Dated: April 30, 2021          /s/ Bruce E. Robinson
                               Bruce E. Robinson, Trustee
                               P. O. Box 538
                               South Hill, VA 23970

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing Report of Deposit of Unclaimed Funds/Small Dividends was electronically served or mailed to the Office of the United States Trustee at Office of the U.S. Trustee, 701 East Broad Street – Suite 4304, Richmond, VA 23219-1885 on April 30, 2021.

                               /s/Bruce E. Robinson
                                    Trustee