

Local Form 3011-1

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**

In re                                                                       Case No. 17-31557
    Antonio Shelton
    Diane Elizabeth Shelton                           Chapter 7

**Debtor(s).**

**MOTION FOR PAYMENT OF UNCLAIMED FUNDS**

    Lori Senora Waddell _____ moves this Court for entry of an order directing the Clerk to remit to the movant the sum of $ 4,083.09 _____, which was deposited into the Treasury of the United States by Bruce E Robinson _____, Trustee, as unclaimed funds for Lori Senora Waddell _____ ("Claimant").

Movant certifies, under penalty of perjury, that:

1. The funds on deposit with the Treasury of the United States are owed to the Claimant, pursuant to proof of claim # 64 _____ filed with the Clerk on 4/6/2021 _____.

2. The Claimant is: Lori Senora Waddell _____.

3. The funds sought have not been paid to the Claimant or to any agent on the Claimant's behalf. The funds were not deliverable at the time of the original distribution because change of address _____.

4. The claim has not been assigned to the Claimant. If the claim has been assigned, copies of all documents evidencing the assignment are attached to this motion:
   N/A

5. The Claimant does not believe that any other party may be entitled to the funds. If the Claimant believes any other party may be entitled to the funds, include explanation
   N/A

6. No other motion is pending for recovery of the same unclaimed funds.

7. ☒ Movant is the Claimant. Movant is not represented by an Attorney.

   or

   ☐ Movant has the authority to collect the funds on behalf of the Claimant, as shown by the attached Power of Attorney or other proof that the Movant is an

authorized representative of the Claimant. If the Claimant is the Debtor in this case, copies of any contractual agreements containing the amount of compensation to be received by the representative are also attached to this motion.

or

☐ If the Claimant is deceased, certified copies of all probate documents are attached to this motion as proof of entitlement.

Parties may object by filing a written objection within twenty-one days of the date of service of this motion. In the event no written objection is timely filed, the Court may enter an order granting the motion without further notice.

Dated: 1-26-2022

_____
Signature of Movant or Representative

Lori Waddell
Printed Name of Movant or Representative

4282 E Ponce De Leon Ave Apt B9

Clarkston GA 30021

Address

(678) 698-7737
Telephone Number

**Notarization:**
STATE OF Georgia
COUNTY OF Dekalb

This Application for Unclaimed Funds, dated 1/26/2022, was subscribed and sworn to before me this 26th day of January, 2022 by Lori Waddell, who signed above and is personally known to me (or provided to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. Witness my hand and official seal.

(SEAL)

Notary Public Robin Granata
My Commission Expires: 7-19-2024

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

| In re: | |
|---|---|
| Antonio Shelton<br>Diane Elizabeth Shelton | Bankruptcy No. 17-31557<br><br>Chapter 7 |
| Debtor(s) | |

## NOTICE OF MOTION FOR PAYMENT OF UNCLAIMED FUNDS

_Lori Senora Waddell_ (Movant) has filed papers with the Bankruptcy Court directing the Clerk to remit the sum of $4,083.09 which was deposited into the U.S. Treasury as unclaimed funds

**Your rights may be affected. You read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not *have* an attorney, you may wish to consult one).**

If you do not want the Court to grant relief sought in the Motion for Payment of Unclaimed Funds, or if you want the Court to consider your views on the Motion for Payment of Unclaimed Funds, then on or before _February 25, 2022_, you or your attorney must:

File with the Court a responsive memorandum to the court for filing explaining your position at:

U.S. Bankruptcy Court
701 E Broad St, Suite 4000
Richmond VA 23219

If you mail your response to the court for filing you must mail it early enough so the Court will receive it on or before the date stated above.

You must also mail a copy of your responsive memorandum to all parties, besides yourself, listed on the Certificate of Service attached hereto.

Failure to file a written response within 21 days from the date of this notice may result in the relief requested being granted by the Court without a hearing or further notice.

If a written response is filed within 21 days, a hearing on the motion and response will be held at a time, date and place to be scheduled by the court.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Motion and may enter an order granting that relief.

Dated: 1-26-2022                    By _____
                                          Movant

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

In re:                                               Case No. 17-31557-KRH
   ANTONIO SHELTON
   DIANE ELIZABETH SHELTON                    Chapter 7

        Debtor(s)

**REPORT OF DEPOSIT OF UNCLAIMED FUNDS**

Pursuant to Federal Rule of Bankruptcy Procedure 3011 and 11 U.S.C. §347, the trustee herein submits a check payable to "Clerk, United States Bankruptcy Court" representing unclaimed funds / small dividends to be deposited by the Clerk of the Court into the Treasury of the United States. Said funds are subject to withdrawal as provided by 28 U.S.C. 2042 and shall not escheat under any state law. The unclaimed funds represent the dividend(s) due and payable to:

| Creditor's Name and Address | Amount of Dividend |
|---|---|
| Lori Senora Waddell<br>5481 Mayfair Crossing Drive<br>Lithonia, GA 30038 | $ 4,083.09 |

Dated: April 6, 2021

                                /s/ Bruce E. Robinson
                                Bruce E. Robinson, Trustee
                                P. O. Box 538
                                South Hill, VA 23970

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing Report of Deposit of Unclaimed Funds/Small Dividends was electronically served or mailed to the Office of the United States Trustee at Office of the U.S. Trustee, 701 East Broad Street – Suite 4304, Richmond, VA 23219-1885 on April 6, 2021.

                                                /s/Bruce E. Robinson
                                                    Trustee

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

In re                                                           Case Number  17-31557

Antonio Shelton
Diane Elizabeth Shelton

Debtor(s),

CERTIFICATE OF SERVICE

I, the Creditor(s) in this case, certify that I served the both the attached motion and notice upon the following parties at the addresses listed, by mailing true copies of these documents by U.S. first class, postage prepaid, on the 2nd day of FEBRUARY, 2022.

1. U. S. Attorney for the Eastern
   District of Virginia
   919 E Main St., Suite 1900
   Richmond VA 23219

2. U.S. Trustee Region 4-R
   701 E Broad Street, Suite 4304
   Richmond VA 23219

3. Roger Craig Hurwitz
   PO Box 7849
   Fredericksburg, VA 22404-7849

4. Bruce E. Robinson (Trustee)
   P.O. Box 538, 415 E. Atlantic St.
   South Hill, VA 23970-0538

_____
Creditor